**No. 66859.**—Ataka, New York, Inc., and John L. Westland & Son, Inc. *v.* United States, protest 60/31043 (Los Angeles).

Opinion by Ford, J. In accordance with oral stipulation of counsel that the merchandise consists of black polyvinyl chloride tape, is not a manufacture of synthetic textile, and is similar in use to friction tape in chief value of cotton, the claim of the plaintiffs was sustained.

**No. 66860.**—Frank P. Dow Co., Inc. *v.* United States, protests 60/13886, 60/19827, and 61/2679 (Seattle).

Opinion by Ford, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoices as "black P.V.C. plastic tape," consists of a material approximately three-fourths of an inch in width, in chief value of polyvinyl chloride, is not a manufacture of synthetic textile, and is similar in use to cotton friction tape, the claim of the plaintiff was sustained.